

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0238

Ashley P. Thomas
   versus
Linda K. Moseley, Allmerica Financial Benefit Insurance
Company, and Louisiana Farm Bureau Casualty Insurance
Company

TO:  Matthew J. Garver
1027 Main Street
Franklinton, LA 70438
mgarver@kuhngarver.com

Matthew D. Moghis
3421 N. Causeway Blvd
Suite 408
Metairie, LA 70002
Moghis@connicklaw.com

John E. Unsworth III
111 Veterans Boulevard
Suite 1670
Metairie, LA 70005

Hon Kelly Balfour
300 North Boulevard
Suite 10401
Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY P. THOMAS

VERSUS

LINDA K. MOSELEY, ALLMERICA
FINANCIAL BENEFIT INSURANCE
COMPANY, AND LOUISIANA FARM
BUREAU CASUALTY INSURANCE
COMPANY

NO.  2022 CW 0238

MAY 20, 2022

---

In Re:    Linda   K.   Moseley,   Allmerica   Financial   Benefit
          Insurance Company, and RLI Insurance Company, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 704509.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

                          **JMM**
                          **WIL**
                          **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT